UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    -against-<br><br>KEVIN J. AMELL,<br><br>        Defendant. | No. 17-cv-10707-RWZ<br><br>STIPULATION AND [PROPOSED] ORDER |

  WHEREAS the Defendant Kevin J. Amell ("Defendant") wishes to stay all proceedings in the above-captioned civil action pending resolution of the parallel criminal proceeding, entitled United States v. Amell, 17-cr-10101-IT (the "Parallel Criminal Proceeding"), and

  WHEREAS the Plaintiff Securities and Exchange Commission (the "Commission") does not object to the entry of a stay of these proceedings as specified herein, and

  WHEREAS the Defendant acknowledges that the Commission continues to investigate matters related to the conduct alleged in the Commission's Complaint in this action, including by means of administrative subpoenas,

  IT IS THEREFORE STIPULATED AND AGREED by and between the undersigned counsel for Defendant and the Commission as follows:

  1.  All proceedings in the above-captioned civil action are hereby stayed pending the entry of a judgment in the Parallel Criminal Proceeding.

  2.  This stay shall not alter the substantive or other procedural rights of the parties, including the Commission's right to continue to investigate matters related to the conduct alleged in the Complaint and other matters, by means of administrative subpoenas or otherwise. All such rights are expressly reserved.

3. This stay shall continue until a judgment is entered in the Parallel Criminal Proceeding. Defendant shall have ninety (90) days after such judgment is entered in the Parallel Criminal Proceeding to move, answer or otherwise respond to the Complaint in this action.

Dated: 6/29/17
Boston, Massachusetts

PICKETT LAW OFFICES, P.C.

By _____Karen A. Pickett_____
Karen A. Pickett
Pickett Law Offices, P.C.
26th Floor, 125 High Street
Boston, Massachusetts 02110
(617) 423-0485

Attorney for Defendant

Dated: 7/5/17
New York, New York

SECURITIES AND EXCHANGE COMMISSION

By _____
Simona Suh
Securities and Exchange Commission
Brookfield Place
200 Vesey Street, Suite 400
New York, New York 10281
(212) 336-0103

Attorney for Plaintiff

**SO ORDERED:**

_____
**HON. RYA W. ZOBEL**
**UNITED STATES DISTRICT JUDGE**