

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
New York Regional Office
Brookfield Place, 200 Vesey Street, Suite 400
New York, NY 10281-1022

**DIVISION OF ENFORCEMENT**                                Melanie A. MacLean
                                                          (212) 336-5699
                                                          macleanm@sec.gov

November 13, 2017

**By ECF and UPS Overnight**
Hon. Rya W. Zobel
United States District Judge
U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Courtroom 12
Boston, Massachusetts 02210

    Re:    **SEC v. Kevin J. Amell; 1:17-cv-10707-RWZ**

Dear Judge Zobel:

    We represent the Plaintiff, Securities and Exchange Commission (the "Commission"), in the above-captioned civil action. We write to inform the Court that the parties have engaged in productive settlement discussions and the Commission's staff anticipates reaching agreement in principle on a final settlement in the coming weeks. Because any settlement agreement negotiated by the Commission's staff is subject to the review and approval of certain offices and Divisions within the Commission and of the Commission itself, a process that generally takes approximately two months, we anticipate submitting a proposed consent judgment for the Court's consideration on or before January 31, 2018.

    Accordingly, we respectfully request that the Court adjourn Defendant Kevin J. Amell's ("Amell") answer deadline and all other pretrial deadlines. If the parties are unable to reach a settlement by January 31, 2018, we will update the Court on the status of the parties' efforts on or before that date. Prior to submitting this letter, we conferred with counsel for Amell, and she does not object to our request.

                                       Respectfully submitted,

                                       /s/ M. MacLean

                                       Melanie A. MacLean
                                       Counsel

cc (via email):  Karen Pickett, Esq., Pickett Law Offices, P.C., counsel to Kevin J. Amell